**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00689-CMA-BNB

NOVA LEASING, LLC,

    Plaintiff,

v.

SUN RIVER ENERGY, INC., and
MOUNTAIN SHARE TRANSFER, INC.,

    Defendants.

---

**ORDER REGARDING "MOTION FOR STAY"**

---

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Mountain Share Transfer, Inc.'s Alternative Motion for Stay (Doc. # 23). Upon review, the Court notes that the parties apparently acknowledge that the Amended complaint renders moot the motions to dismiss (Doc. ## 10 and 11) and the motion for joinder (Doc. # 19). However, the parties seem to believe that the alternative motion to stay (set forth in Doc. # 19) remains pending. The Court disagrees.

In the interest of maintaining a clean record, it is hereby ORDERED:

1. That Defendant Sun River Energy, Inc.'s Motions to Dismiss (Doc. ## 10 and 11), and Defendant Mountain Share Transfer, Inc.'s Joinder of Defendant Sun River Energy, Inc.'s Motion to Dismiss and Mountain Share Transfer, Inc.'s Motion In the Alternative to Stay (Doc. # 19) are DENIED AS MOOT, in light of the Plaintiff's Amended Complaint; and

2. That any motion to stay should be refiled **only after** the filing of a Motion to Dismiss.

DATED: May __04__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge