IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00689-CMA-BNB

NOVA LEASING, LLC,

Plaintiff,

v.

SUN RIVER ENERGY, INC., and
MOUNTAIN SHARE TRANSFER, INC.,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Pursuant to the filing of the **Notice of Withdrawal** [docket no. 34, filed May 23, 2011],

      IT IS ORDERED that the **Defendant Sun River Energy, Inc.'s Motion for Protective Order Regarding Plaintiff Nova Leasing, LLC's Subpoena to Defendant Mountain Share Transfer, Inc.** [docket no. 29, filed May 17, 2011] is DENIED AS WITHDRAWN.

      IT IS FURTHER ORDERED that the Scheduling Conference set for May 27, 2011, at 9:30 a.m., Mountain Daylight Time, will still go forward, but the motions hearing portion is no longer necessary. Out-of-state defense counsel for Sun River Energy, Inc. may appear for this hearing telephonically by calling Chambers at the appropriate time at **303/844-6408**.

DATED: May 23, 2011