IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00689-CMA-BNB

NOVA LEASING, LLC,

Plaintiff,

v.

SUN RIVER ENERGY, INC., and
MOUNTAIN SHARE TRANSFER, INC.,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Leave to Amend Complaint** [Doc. # 47, filed 7/11/2011] (the "Motion to Amend"). I held a hearing on the Motion to Amend and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 47] is GRANTED. The Clerk of the Court is directed to accept for filing the Second Amended Complaint and Jury Demand [Doc. # 47-1]; and

(2) Within ten days after any ruling by the district judge on a motion to dismiss the Second Amended Complaint, the parties shall file a status report addressing any modifications to the Scheduling Order which they believe may be necessary.

...

Dated July 29, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge