IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-00689-CMA-BNB

NOVA LEASING, LLC, a Wyoming limited liability company,

    Plaintiff,

v.

SUN RIVER ENERGY, INC., a Colorado corporation,
MOUNTAIN SHARE TRANSFER, INC., a Colorado corporation
HARRY N. McMILLAN,
CICERONE CORPORATE DEVELOPMENT, a Texas limited liability company, and
J.H. BRECH, LLC, a Texas limited liability company,

    Defendants.

---

**ORDER OF DISMISSAL OF DEFENDANT MOUNTAIN SHARE TRANSFER, INC. AND CROSS-CLAIM DEFENDANT SUN RIVER ENERGY, INC. WITHOUT PREJUDICE**

---

This matter is before the Court on the parties' Joint Stipulation for Dismissal Without Prejudice of Defendant Mountain Share Transfer and Cross-Claim Defendant Sun River Energy (Doc. # 126). After review and consideration of the Stipulation, the Court, it hereby ORDERED as follows:

    1.    That the Stipulation is entered as an order of this Court;

    2.    That the claims against Mountain Share Transfer, Inc. by Nova Leasing, LLC, are DISMISSED WITHOUT PREJUDICE and the cross-claims of Mountain Share Transfer, Inc. against Sun River Energy, Inc. are DISMISSED WITHOUT PREJUDICE, each party to the Stipulation to pay its own fees and costs; and

3.     No other claims by or against any of the parties to this action are dismissed herein and all such claims remain pending, including without limitation Nova Leasing, LLC's claims against the Defendants other than Mountain Share Transfer.

DATED this   21st   day of June, 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge