IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00689-CMA-BNB

NOVA LEASING, LLC,

Plaintiff,

v.

SUN RIVER ENERGY, INC.,
HARRY N. MCMILLAN, an individual
CICERONE CORPORATE DEVELOPMENT, a Texas limited liability company, and
J.H. BRECH, LLC, a Texas limited liability company,

Defendants,

v.

MICHAEL LITTMAN,

Third-Party Defendant.

_____

**ORDER**
_____

This matter arises on **Sun River Energy, Inc.'s Motion for Continuance of Nova's Partial Motion for Summary Judgment Pending Discovery Pursuant to Fed. R. Civ. P. 56(d)** [Doc. # 130, filed 7/3/2012] (the "Motion to Defer Consideration"). I held a hearing on the Motion to Defer Consideration and other issues this afternoon and made ruling on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Defer Consideration [Doc. # 130] is GRANTED. The date by which Sun River must respond to the Partial Motion for Summary Judgment [Doc. # 125] will be set at the scheduling conference;

(2) A scheduling conference, subject to the limitations of the automatic stay applicable to Harry N. McMillan, is set for **October 31, 2012, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order and submit it pursuant to District of Colorado Electronic Case Filing ("ECF") Procedure V.5.12 on or before October 24, 2012, including a copy of the proposed scheduling order in a WordPerfect or Word format sent via e-mailed to Boland_Chambers@cod.uscourts.gov.

Dated October 15, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge