IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00689-CMA-BNB

NOVA LEASING, LLC,

Plaintiff,

v.

SUN RIVER ENERGY, INC.,
HARRY N. MCMILLAN, an individual
CICERONE CORPORATE DEVELOPMENT, a Texas limited liability company, and
J.H. BRECH, LLC, a Texas limited liability company,

Defendants,

v.

MICHAEL LITTMAN,

Third-Party Defendant.

_____

## ORDER

_____

By an order entered on October 15, 2012 [Doc. # 148], I granted Sun River's motion to

continue determination of Nova's motion for partial summary judgment to allow certain

discovery to occur prior to a response being required.  I ordered that "[t]he date by which Sun

River must respond to the Partial Motion for Summary Judgment [Doc. # 125] will be set at the

scheduling conference."  Order [Doc. # 148] at p. 2.  The scheduling conference occurred on

November 27, 2012, but no date for the response was proposed by the parties or set by the court.

IT IS ORDERED:

(1)     A status conference is set for **January 18, 2013, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, to set a date by which a response to the Partial Motion for Summary Judgment shall be due; and

(2)     Counsel may appear at the status conference by telephone by contacting the court at the appropriate date and time at 303-844-6408.  All counsel desiring to attend by telephone must join in an operator assisted conference call and contact the court after all telephone participants have joined in the conference call.  Counsel shall cooperate among themselves to arrange and coordinate the conference call.

Dated January 8, 2013.

BY THE COURT:

 s/ Boyd N. Boland                            
United States Magistrate Judge