IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00689-CMA-BNB

NOVA LEASING, LLC,

Plaintiff,

v.

SUN RIVER ENERGY, INC.,
HARRY N. MCMILLAN, an individual
CICERONE CORPORATE DEVELOPMENT, a Texas limited liability company, and
J.H. BRECH, LLC, a Texas limited liability company,

Defendants,

v.

MICHAEL LITTMAN,

Third-Party Defendant.

_____

**ORDER**
_____

This matter arises on:

(1)     **Broad and Cassel and Daniel S. Newman, P.A.'s Unopposed Motion to Withdraw as Counsel** [Doc. # 159, filed 1/7/2013]; and

(2)     The **Unopposed Motion for Withdrawal of Local Counsel for Certain Defendants** [Doc. # 160, filed 1/7/2013].

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

Messrs. Newman and Csajaghy represent defendants Harry N. McMillan; Cicerone Corporate Development; and J.H. Brech, LLC. Mr. McMillan, personally, is involved in

bankruptcy proceedings and the claims against him are subject to the automatic bankruptcy stay. Cicerone and J.H. Brech are entities which may appear in this court only through counsel who are members of the bar of this court.

IT IS ORDERED:

(1) Broad and Cassel and Daniel S. Newman, P.A.'s Unopposed Motion to Withdraw as Counsel [Doc. # 159] is GRANTED. Mr. Newman and the firm of Broad and Cassel are relieved of any continuing responsibility in this case;

(2) The Unopposed Motion for Withdrawal of Local Counsel for Certain Defendants [Doc. # 160] is GRANTED. Mr. Csajaghy and the firm of Condit Csajaghy LLC are relieved of any continuing responsibility in the case; and

(3) Cicerone and J.H. Brech cannot appear without counsel admitted to practice before this court. Absent appearance of substitute counsel within 21 days of the date of this order, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against Cicerone and J.H. Brech.

Dated January 18, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge