IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 11-cv-00689-CMA-BNB | Date: March 13, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| NOVA LEASING, LLC<br>**Plaintiff(s)** | *Tobin D. Kern* |
| v. | |
| SUN RIVER ENERGY, INC<br>HARRY N. MCMILLAN<br>CICERONE CORPORATE DEVELOPMENT<br>J.H. BRECH, LLC<br>**Defendant(s)** | *Whitney L. White* |
| MICHAEL LITTMAN<br>**Third Party Defendant** | *Pro Se* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 10:32 a.m.

Appearance of counsel and pro se party.

Status on [171] Sun River Energy, Inc.'s Motion to Quash Nova Leasing, LLC's Subpoena Duces Tecum to Josh Pingel given.

**ORDERED: [171] Sun River Energy, Inc.'s Motion to Quash Nova Leasing, LLC's Subpoena Duces Tecum to Josh Pingel is DENIED AS MOOT; the subpoena has been withdrawn.**

Argument given on [182] Nova's Motion to Compel Discovery Responses, Production of Documents and Deposition Dates by Sun River.

**ORDERED:** **[182] Nova's Motion to Compel Discovery Responses, Production of Documents and Deposition Dates by Sun River is GRANTED, as stated on the record.  Defendant is to submit answers and provide documents, as indicated, on or before March 25, 2013.**

**Status Conference set for March 28, 2013 at 3:00 p.m., counsel must appear in person.**

**Plaintiff to file a motion for reasonable fees and costs in connection with the Motion to Compel by March 22, 2013, if at all.**

Court in Recess:  11:18 a.m.   Hearing concluded.    Total time in Court: 00:46

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119