**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 11-cv-00689-RM-BNB

NOVA LEASING, LLC,

    Plaintiff,

v.

SUN RIVER ENERGY, INC., et al.,

    Defendants,

v.

MICHAEL LITTMAN,

    Third-Party Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    Based on the stipulation of Plaintiff and Counter Defendant Nova Leasing, LLC ("Nova"), Defendant, Counterclaimant and Third Party Plaintiff Sun River Energy, Inc. ("Sun River") and Third Party Defendant Michael Littman ("Littman"), filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims against Sun River Energy, Inc. by Nova Leasing, LLC, are dismissed with prejudice;

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all counterclaims against Nova Leasing, LLC by Sun River Energy, Inc. are dismissed with prejudice; and

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all cross-claims of Sun River Energy Inc. against Michael Littman are dismissed with prejudice.

No other claims by or against any other parties to this action are dismissed herein and all such claims remain pending, including without limitation Nova Leasing, LLC's claims against Defendants Harry McMillan, Cicerone Corporate Development, LLC and J.H. Brech, LLC.

DATED this 30th day of May, 2013.

_____
RAYMOND P. MOORE
United States District Judge