**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 11-cv-00689-RM-BNB

NOVA LEASING, LLC,

      Plaintiff,

v.

SUN RIVER ENERGY, INC.,
HARRY N. MCMILLAN, an individual,
CICERONE CORPORATE DEVELOPMENT, a Texas limited liability company, and
J.H. BRECH, LLC, a Texas limited liability company,

      Defendants,

v.

MICHAEL LITTMAN,

      Third-Party Defendant.

_____

**ORDER DENYING AS MOOT
"NOVA'S RENEWED, PARTIAL MOTION FOR SUMMARY JUDGMENT
ON DEFENDANT SUN RIVER ENERGY, INC.'S COUNTERCLAIMS
AGAINST PLAINTIFF NOVA LEASING, LLC" (ECF NO. 175)**
_____

      THIS MATTER comes before the Court *sua sponte*.  By Order of Dismissal with Prejudice dated May 30, 2013 (ECF No. 219), upon Joint Stipulation of Dismissal with Prejudice (ECF No. 218) filed by certain parties, this Court dismissed with prejudice all of Nova Leasing, LLC's ("Nova") claims against Sun River Energy, Inc. ("Sun River") and all of Sun River's counterclaims against Nova.  In light of the foregoing, Nova's "Renewed, Partial Motion for Summary Judgment on Defendant Sun River Energy, Inc.'s Counterclaims against Plaintiff Nova

Leasing, LLC" (ECF No. 175) is hereby DENIED as MOOT.

DATED this 12th day of June, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge