IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00689-RM-BNB

NOVA LEASING, LLC,

Plaintiff,

v.

HARRY N. MCMILLAN, an individual
CICERONE CORPORATE DEVELOPMENT, a Texas limited liability company, and
J.H. BRECH, LLC, a Texas limited liability company,

Defendants,

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the Unopposed Motion for Dismissal With Prejudice [Doc. # 237, filed 8/30/2013], announcing the "resolution of all claims pending herein":

IT IS ORDERED:

(1) The **Motion to Partially Quash/Modify Subpoena** [Doc. # 231] is DENIED as moot; and

(2) The motions hearing set for September 3, 2013, at 9:30 a.m., is VACATED.

DATED:  September 3, 2013