**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 11-cv-00689-RM-BNB

NOVA LEASING, LLC,

     Plaintiff,

v.

SUN RIVER ENERGY, INC., et al.,

     Defendants,

v.

MICHAEL LITTMAN,

     Third-Party Defendant.

_____

**ORDER GRANTING**
**UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE (ECF No. 237)**

_____

THIS MATTER comes before the Court on Plaintiff Nova Leasing, LLC's ("Nova")

Unopposed Motion for Dismissal with Prejudice ("Motion") (ECF No. 237) pursuant to

Fed.R.Civ.P. 41(a)(2).   Upon consideration of the Motion and Nova's representation that all

pending claims are resolved, no counterclaims are pending, and the dismissal of this action is not

opposed by any remaining party, and being otherwise fully advised in the premises, it is hereby

**ORDERED** that the Motion is **GRANTED**.   This action is dismissed with prejudice, with each party to bear its/his own fees and costs.

DATED this 5th day of September, 2013.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge